**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6307**

_____

JAMES A. CALHOUN-EL,

                Plaintiff - Appellant,

      v.

RODERICK R. SOWER, Director of Correction; BOBBY P. SHEARIN,
Warden; NANCY R. KOPP, Treasurer,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:13-cv-00187-RDB)

_____

Submitted:  April 18, 2013         Decided:  April 23, 2013

_____

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James A. Calhoun-El, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Calhoun-El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Calhoun-El v. Sower, No. 1:13-cv-00187-RDB (D. Md. Jan. 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED